Kwiatkowski v Erie County Med. Ctr. Corp. (2023 NY Slip Op 00543)

Kwiatkowski v Erie County Med. Ctr. Corp.

2023 NY Slip Op 00543

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

149 CA 21-01405

[*1]LAURA KWIATKOWSKI, PLAINTIFF-APPELLANT,
v
ERIE COUNTY MEDICAL CENTER CORPORATION, DEFENDANT, AND PATRICK ALEXANDERSON, R.N., DEFENDANT-RESPONDENT. 

HOGANWILLIG, PLLC, AMHERST (RYAN C. JOHNSEN OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
RICOTTA, MATTREY, CALLOCHIA, MARKEL & CASSERT, BUFFALO (BRYAN J. DANIELS OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered September 8, 2021. The order granted the motion of defendant Patrick Alexanderson, R.N. seeking to dismiss plaintiff's corrected second amended complaint. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 11 and 12, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court